AO 93 (Rev. 5/85) Search Warrant

# United States District Court

FOR THE

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

The Premises Located At 389 Glenwood Avenue, 1st Floor Apartment, Pawtucket, Rhode Island

**SEARCH WARRANT**

CASE NUMBER: 1:08MJ67M

TO: any Postal Inspector of the U.S. Postal Service and any Authorized Officer of the United States

Affidavit(s) having been made before me by Almindo Correia, Postal Inspector (Affiant) who has reason to

believe that ☐ on the person of or ☑ on the premises known as (name, description and/or location)

SEE ATTACHMENT

in the ______ District of RHODE ISLAND there is now concealed a certain person or property, namely (describe the person or property)
controlled substances, the proceeds of drug trafficking, records containing names, addresses, and telephone numbers of purchasers and suppliers of controlled substances, records of amounts of money owed both to and by the drug seller, and records evidencing ownership and/or occupancy of those presmises
I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before 4-25-2008 (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime--6:00 A.M. to 10:00 P.M.) (~~at any time in the day or night as I find reasonable cause has been established~~), and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to U.S. Magistrate Judge (U.S. Judge or Magistrate) as required by law. DLM

This warrant may be executed only if the two conditions set forth in paragraph 10 of Postal Inspector Correia's affidavit occur.

4-21-08 3:52 PM at Providence, Rhode Island
Date and Time Issued — City and State

DAVID L. MARTIN, U.S. Magistrate Judge
Name and Title of Judicial Officer

David L. Martin
Signature of Judicial Officer

Attest to True Copy
DAVID A. DIMARZIO

AO 93 (Rev. 2/90) Search Warrant

**RETURN**

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 4-21-08 | 4-22-08 10:00AM | CRISTINA ANDRADE |

INVENTORY MADE IN THE PRESENCE OF
RISP DETECTIVE J. AVANT, TFA SCOTT SULLIVAN

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1-MOTOROLA CELL PHONE 401-230-8744

4-DELIVERED US MAIL ENVELOPES ADDRESSED TO CRISTINA ANDRADE

FILED
2008 APR 29 P 2:04
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**CERTIFICATION**

**I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.**

[signature]

**Subcribed, sworn to, and returned before me this date.**

[signature] 4/29/08

U.S. Judge or Magistrate — Date